**PA Care at Home Services**
3460 J St Unit 2
Philadelphia, PA 19134

Direct Deposit Advice

paylocity

| | **Check Date** | **Voucher Number** |
|---|---|---|
| | January 9, 2026 | 32459 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Jpmorgan Chase Bank, | C | ***4269 | 469.27 |
| **Total Direct Deposits** | | | **469.27** |

315057   2   ▮   32459 31375   **315057**

Non Negotiable - This is not a check - Non Negotiable

**Maria Espinal**
5212 N Marshall Street
Philadelphia, PA  19120

Non Negotiable - This is not a check - Non Negotiable

## PA Care at Home Services

**Maria Espinal**                                                         **Earnings Statement**

| | | | | | | |
|---|---|---|---|---|---|---|
| Employee ID | ▮ | Fed Taxable Income | **560.25** | Check Date | **January 9, 2026** | Voucher Number **32459** |
| Location | **2** | Fed Filing Status | **H** | Period Beginning | **December 29, 2025** | Net Pay **469.27** |
| Hourly | **$13.50** | State Filing Status | **S-0** | Period Ending | **January 4, 2026** | Total Hours Worked **41.00** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Holiday Bo | | | | 50.00 |
| Holiday OT | | | | 162.00 |
| Overtime | 20.25 | 1.00 | 20.25 | 40.50 |
| Regular | 13.50 | 40.00 | 540.00 | 1,080.00 |
| **Gross Earnings** | | **41.00** | **560.25** | **1,332.50** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 9.58 | 40.36 |
| MED | 8.12 | 19.32 |
| PA | 17.20 | 40.91 |
| PA-PHI1 | 20.95 | 49.83 |
| PASUI-E | 0.39 | 0.93 |
| SS | 34.74 | 82.62 |
| **Taxes** | **90.98** | **233.97** |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| Jpmorgan Chase Bank, NA | C    ***4269 | 469.27 |
| **Total Direct Deposits** | | **469.27** |

| Time Off | Available Plan Year to Use | Used |
|---|---|---|
| Sick | 0.00 | 0.00 |
| Sick Time | 40.00 | 0.00 |
| Vacation | 0.00 | 0.00 |
| Vacation | 28.46 | 0.00 |

PA Care at Home Services | 3460 J St Unit 2  Philadelphia, PA 19134 | (267) 766-3636 | FEIN: 85-0846571 | PA: 77-30496

**PA Care at Home Services**
3460 J St Unit 2
Philadelphia, PA 19134

paylocity

Direct Deposit Advice

| | **Check Date** | **Voucher Number** |
|---|---|---|
| | January 16, 2026 | 33027 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Jpmorgan Chase Bank, | C | ***4269 | 572.41 |
| **Total Direct Deposits** | | | **572.41** |

315057   2   ▮▮▮   33027 31923      **315057**

Non Negotiable - This is not a check - Non Negotiable

**Maria Espinal**
5212 N Marshall Street
Philadelphia, PA  19120

## Non Negotiable - This is not a check - Non Negotiable

### PA Care at Home Services

**Maria Espinal**                                                                                                    **Earnings Statement**

| | | | | | | |
|---|---|---|---|---|---|---|
| Employee ID | ▮▮▮ | Fed Taxable Income | **696.94** | Check Date | **January 16, 2026** | Voucher Number **33027** |
| Location | **2** | Fed Filing Status | **H** | Period Beginning | **January 5, 2026** | Net Pay **572.41** |
| Hourly | **$13.50** | State Filing Status | **S-0** | Period Ending | **January 11, 2026** | Total Hours Worked **47.75** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Holiday Bo | | | | 50.00 |
| Holiday OT | | | | 162.00 |
| Overtime | 20.25 | 7.75 | 156.94 | 197.44 |
| Regular | 13.50 | 40.00 | 540.00 | 1,620.00 |
| **Gross Earnings** | | **47.75** | **696.94** | **2,029.44** |

| Taxes | | | Amount | YTD |
|---|---|---|---|---|
| FITW | | | 23.25 | 63.61 |
| MED | | | 10.11 | 29.43 |
| PA | | | 21.40 | 62.31 |
| PA-PHI1 | | | 26.07 | 75.90 |
| PASUI-E | | | 0.49 | 1.42 |
| SS | | | 43.21 | 125.83 |
| **Taxes** | | | **124.53** | **358.50** |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| Jpmorgan Chase Bank, NA | C     ***4269 | 572.41 |
| **Total Direct Deposits** | | **572.41** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| Sick | 0.00 | 0.00 |
| Sick Time | 40.00 | 0.00 |
| Vacation | 0.00 | 0.00 |
| Vacation | 29.23 | 0.00 |

PA Care at Home Services | 3460 J St Unit 2  Philadelphia, PA 19134 | (267) 766-3636 | FEIN: 85-0846571 | PA: 77-30496

**PA Care at Home Services**
3460 J St Unit 2
Philadelphia, PA 19134

*paylocity*

Direct Deposit Advice

| | **Check Date** | | **Voucher Number** |
|---|---|---|---|
| | January 23, 2026 | | 33595 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Jpmorgan Chase Bank, | C | ***4269 | 591.53 |
| **Total Direct Deposits** | | | **591.53** |

315057   2   ▮▮▮   33595 32464          **315057**

**Maria Espinal**
5212 N Marshall Street
Philadelphia, PA  19120

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### PA Care at Home Services

**Maria Espinal**                                                                 **Earnings Statement**

| | | | | | | |
|---|---|---|---|---|---|---|
| Employee ID | ▮▮▮ | Fed Taxable Income | **722.25** | Check Date | **January 23, 2026** | Voucher Number | **33595** |
| Location | **2** | Fed Filing Status | **H** | Period Beginning | **January 12, 2026** | Net Pay | **591.53** |
| Hourly | **$13.50** | State Filing Status | **S-0** | Period Ending | **January 18, 2026** | Total Hours Worked | **49.00** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Holiday Bo | | | | 50.00 |
| Holiday OT | | | | 162.00 |
| Overtime | 20.25 | 9.00 | 182.25 | 379.69 |
| Regular | 13.50 | 40.00 | 540.00 | 2,160.00 |
| **Gross Earnings** | | **49.00** | **722.25** | **2,751.69** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 25.78 | 89.39 |
| MED | 10.47 | 39.90 |
| PA | 22.17 | 84.48 |
| PA-PHI1 | 27.01 | 102.91 |
| PASUI-E | 0.51 | 1.93 |
| SS | 44.78 | 170.61 |
| **Taxes** | **130.72** | **489.22** |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Jpmorgan Chase Bank, NA | C | ***4269 | 591.53 |
| **Total Direct Deposits** | | | **591.53** |

| | **Available** | **Plan Year** |
|---|---|---|
| **Time Off** | **to Use** | **Used** |
| Sick | 0.00 | 0.00 |
| Sick Time | 40.00 | 0.00 |
| Vacation | 0.00 | 0.00 |
| Vacation | 30.00 | 0.00 |

**PA Care at Home Services**
3460 J St Unit 2
Philadelphia, PA 19134

paylocity

Direct Deposit Advice

| | **Check Date** | | **Voucher Number** |
|---|---|---|---|
| | January 30, 2026 | | 34163 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Jpmorgan Chase Bank, | C | ***4269 | 591.53 |
| **Total Direct Deposits** | | | **591.53** |

315057   2   ▮   34163 33006                **315057**

Non Negotiable - This is not a check - Non Negotiable

**Maria Espinal**
5212 N Marshall Street
Philadelphia, PA  19120

## Non Negotiable - This is not a check - Non Negotiable

### PA Care at Home Services

**Maria Espinal**                                                                                                                                              **Earnings Statement**

| | | | | | | |
|---|---|---|---|---|---|---|
| Employee ID | ▮ | Fed Taxable Income | **722.25** | Check Date | **January 30, 2026** | Voucher Number **34163** |
| Location | **2** | Fed Filing Status | **H** | Period Beginning | **January 19, 2026** | Net Pay **591.53** |
| Hourly | **$13.50** | State Filing Status | **S-0** | Period Ending | **January 25, 2026** | Total Hours Worked **49.00** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Holiday Bo | | | | 50.00 |
| Holiday OT | | | | 162.00 |
| Overtime | 20.25 | 9.00 | 182.25 | 561.94 |
| Regular | 13.50 | 40.00 | 540.00 | 2,700.00 |
| **Gross Earnings** | | **49.00** | **722.25** | **3,473.94** |

| Taxes | | Amount | YTD |
|---|---|---|---|
| FITW | | 25.78 | 115.17 |
| MED | | 10.47 | 50.37 |
| PA | | 22.17 | 106.65 |
| PA-PHI1 | | 27.01 | 129.92 |
| PASUI-E | | 0.51 | 2.44 |
| SS | | 44.78 | 215.39 |
| **Taxes** | | **130.72** | **619.94** |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Jpmorgan Chase Bank, NA | C | ***4269 | 591.53 |
| **Total Direct Deposits** | | | **591.53** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| Sick | 0.00 | 0.00 |
| Sick Time | 40.00 | 0.00 |
| Vacation | 0.00 | 0.00 |
| Vacation | 30.77 | 0.00 |

**PA Care at Home Services**
3460 J St Unit 2
Philadelphia, PA 19134

paylocity

Direct Deposit Advice

| | **Check Date** | **Voucher Number** |
|---|---|---|
| | February 6, 2026 | 34780 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Jpmorgan Chase Bank, | C | ***4269 | 591.53 |
| **Total Direct Deposits** | | | **591.53** |

315057   2   ▓▓   34780   33598        **315057**

Non Negotiable - This is not a check - Non Negotiable

**Maria Espinal**
5212 N Marshall Street
Philadelphia, PA  19120

## Non Negotiable - This is not a check - Non Negotiable

### PA Care at Home Services

**Maria Espinal**                                                                    **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | ▓▓ | Fed Taxable Income | **722.25** | Check Date | **February 6, 2026** |
| Location | **2** | Fed Filing Status | **H** | Period Beginning | **January 26, 2026** |
| Hourly | **$13.50** | State Filing Status | **S-0** | Period Ending | **February 1, 2026** |

| | | |
|---|---|---|
| Voucher Number | **34780** |
| Net Pay | **591.53** |
| Total Hours Worked | **49.00** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Holiday Bo | | | | 50.00 |
| Holiday OT | | | | 162.00 |
| Overtime | 20.25 | 9.00 | 182.25 | 744.19 |
| Regular | 13.50 | 40.00 | 540.00 | 3,240.00 |
| **Gross Earnings** | | **49.00** | **722.25** | **4,196.19** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 25.78 | 140.95 |
| MED | 10.47 | 60.84 |
| PA | 22.17 | 128.82 |
| PA-PHI1 | 27.01 | 156.93 |
| PASUI-E | 0.51 | 2.95 |
| SS | 44.78 | 260.17 |
| **Taxes** | **130.72** | **750.66** |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Jpmorgan Chase Bank, NA | C | ***4269 | 591.53 |
| **Total Direct Deposits** | | | **591.53** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| Sick | 0.00 | 0.00 |
| Sick Time | 40.00 | 0.00 |
| Vacation | 0.00 | 0.00 |
| Vacation | 31.54 | 0.00 |

PA Care at Home Services | 3460 J St Unit 2  Philadelphia, PA 19134 | (267) 766-3636 | FEIN: 85-0846571 | PA: 77-30496

**PA Care at Home Services**
3460 J St Unit 2
Philadelphia, PA 19134

paylocity

Direct Deposit Advice

| | | **Check Date** | | **Voucher Number** |
|---|---|---|---|---|
| | | February 13, 2026 | | 35348 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Jpmorgan Chase Bank, | C | ***4269 | 569.53 |
| **Total Direct Deposits** | | | **569.53** |

315057   2   ▇   35348 34145              **315057**

**Maria Espinal**
5212 N Marshall Street
Philadelphia, PA  19120

Non Negotiable - This is not a check - Non Negotiable

**Non Negotiable - This is not a check - Non Negotiable**

### PA Care at Home Services

**Maria Espinal**                                                                                               **Earnings Statement**

| | | | | | | |
|---|---|---|---|---|---|---|
| Employee ID | ▇ | Fed Taxable Income | **722.25** | Check Date | **February 13, 2026** | Voucher Number **35348** |
| Location | **2** | Fed Filing Status | **H** | Period Beginning | **February 2, 2026** | Net Pay **569.53** |
| Hourly | **$13.50** | State Filing Status | **S-0** | Period Ending | **February 8, 2026** | Total Hours Worked **49.00** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Holiday Bo | | | | 50.00 |
| Holiday OT | | | | 162.00 |
| Overtime | 20.25 | 9.00 | 182.25 | 926.44 |
| Regular | 13.50 | 40.00 | 540.00 | 3,780.00 |
| **Gross Earnings** | | **49.00** | **722.25** | **4,918.44** |

| Deductions | Amount | YTD |
|---|---|---|
| Criminal Background | 22.00 | 22.00 |
| **Deductions** | **22.00** | **22.00** |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| Jpmorgan Chase Bank, NA | C      ***4269 | 569.53 |
| **Total Direct Deposits** | | **569.53** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 25.78 | 166.73 |
| MED | 10.47 | 71.31 |
| PA | 22.17 | 150.99 |
| PA-PHI1 | 27.01 | 183.94 |
| PASUI-E | 0.51 | 3.46 |
| SS | 44.78 | 304.95 |
| **Taxes** | **130.72** | **881.38** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| Sick | 0.00 | 0.00 |
| Sick Time | 40.00 | 0.00 |
| Vacation | 0.00 | 0.00 |
| Vacation | 32.31 | 0.00 |

PA Care at Home Services | 3460 J St Unit 2  Philadelphia, PA 19134 | (267) 766-3636 | FEIN: 85-0846571 | PA: 77-30496

**PA Care at Home Services**
3460 J St Unit 2
Philadelphia, PA 19134

**paylocity**

Direct Deposit Advice

| | **Check Date** | **Voucher Number** |
|---|---|---|
| | February 20, 2026 | 35925 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Jpmorgan Chase Bank, | C | ***4269 | 591.53 |
| **Total Direct Deposits** | | | **591.53** |

315057   2   [REDACTED]   35925  34694          **315057**

**Maria Espinal**
5212 N Marshall Street
Philadelphia, PA  19120

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

## PA Care at Home Services

**Maria Espinal**                                                                                    **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | [REDACTED] | Fed Taxable Income | **722.25** | Check Date | **February 20, 2026** |
| Location | **2** | Fed Filing Status | **H** | Period Beginning | **February 9, 2026** |
| Hourly | **$13.50** | State Filing Status | **S-0** | Period Ending | **February 15, 2026** |

| | | | | |
|---|---|---|---|---|
| | | | Voucher Number | **35925** |
| | | | Net Pay | **591.53** |
| | | | Total Hours Worked | **49.00** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Holiday Bo | | | | 50.00 |
| Holiday OT | | | | 162.00 |
| Overtime | 20.25 | 9.00 | 182.25 | 1,108.69 |
| Regular | 13.50 | 40.00 | 540.00 | 4,320.00 |
| **Gross Earnings** | | **49.00** | **722.25** | **5,640.69** |

| Deductions | Amount | YTD |
|---|---|---|
| Criminal Background | | 22.00 |
| | | **22.00** |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| Jpmorgan Chase Bank, NA | C    ***4269 | 591.53 |
| **Total Direct Deposits** | | **591.53** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 25.78 | 192.51 |
| MED | 10.47 | 81.78 |
| PA | 22.17 | 173.16 |
| PA-PHI1 | 27.01 | 210.95 |
| PASUI-E | 0.51 | 3.97 |
| SS | 44.78 | 349.73 |
| **Taxes** | **130.72** | **1,012.10** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| Sick | 0.77 | 0.00 |
| Sick Time | 40.00 | 0.00 |
| Vacation | 0.00 | 0.00 |
| Vacation | 33.08 | 0.00 |

PA Care at Home Services | 3460 J St Unit 2  Philadelphia, PA 19134 | (267) 766-3636 | FEIN: 85-0846571 | PA: 77-30496

**PA Care at Home Services**
3460 J St Unit 2
Philadelphia, PA 19134

paylocity

Direct Deposit Advice

| | **Check Date** | **Voucher Number** |
|---|---|---|
| | February 27, 2026 | 36494 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Jpmorgan Chase Bank, | C | ***4269 | 591.53 |
| **Total Direct Deposits** | | | **591.53** |

315057   2   ▮▮▮   36494 35240                    **315057**

**Maria Espinal**
5212 N Marshall Street
Philadelphia, PA  19120

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

## PA Care at Home Services

**Maria Espinal**                                                              **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | ▮▮▮ | Fed Taxable Income | **722.25** | Check Date | **February 27, 2026** | Voucher Number | **36494** |
| Location | **2** | Fed Filing Status | **H** | Period Beginning | **February 16, 2026** | Net Pay | **591.53** |
| Hourly | **$13.50** | State Filing Status | **S-0** | Period Ending | **February 22, 2026** | Total Hours Worked | **49.00** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Holiday Bo | | | | 50.00 |
| Holiday OT | | | | 162.00 |
| Overtime | 20.25 | 9.00 | 182.25 | 1,290.94 |
| Regular | 13.50 | 40.00 | 540.00 | 4,860.00 |
| **Gross Earnings** | | **49.00** | **722.25** | **6,362.94** |

| Deductions | Amount | YTD |
|---|---|---|
| Criminal Background | | 22.00 |
| | | **22.00** |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| Jpmorgan Chase Bank, NA | C    ***4269 | 591.53 |
| **Total Direct Deposits** | | **591.53** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 25.78 | 218.29 |
| MED | 10.47 | 92.25 |
| PA | 22.17 | 195.33 |
| PA-PHI1 | 27.01 | 237.96 |
| PASUI-E | 0.51 | 4.48 |
| SS | 44.78 | 394.51 |
| **Taxes** | **130.72** | **1,142.82** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| Sick | 0.00 | 0.00 |
| Sick Time | 40.00 | 0.00 |
| Vacation | 0.00 | 0.00 |
| Vacation | 33.85 | 0.00 |

PA Care at Home Services | 3460 J St Unit 2  Philadelphia, PA 19134 | (267) 766-3636 | FEIN: 85-0846571 | PA: 77-30496