# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No.  26-10855-AMC |
| Maria B. Espinal | Chapter 13 |
| Debtor. | |

### Certificate of Service

I, Michael A. Cibik, certify that on March 27, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: March 27, 2026

*/s/ Michael A. Cibik*
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service: CM/ECF**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Scott F. Waterman**
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

**PHFA**
Attn: Bankruptcy
211 N Front St
Harrisburg, PA 17101-1406

**Method of Service: First Class Mail**

**Barclays Bank Delaware**
Attn: Bankruptcy
125 S West St
Wilmington, DE 19801-5014

**Caine & Weiner**
Attn: Bankruptcy
5805 Sepulveda Blvd
Sherman Oaks, CA 91411-2546

**Calvary SPV I LLC**
1 American Ln Ste 220
Greenwich, CT 06831-2563

**Cavalry Portfolio Services**
Attn: Bankruptcy Attn:
Bankruptcy
1 American Lane, Ste 220
Greenwich, CT 06831

**Citibank/The Home Depot**
Citicorp Cr Srvs/Centralized
Bankruptcy Po Box 790040
Saint Louis, MO 63179-0040

**Cornerstone**
633 Spirit Drive
Chesterfield, MO 63005

**Credit One Bank**
Attn: Bankruptcy
6801 S Cimarron Rd
Las Vegas, NV 89113-2273

**Hy Cite Enterprises, LLC.**
Attn: Bankruptcy 3252 Pleasant
View Road
Middleton, WI 53562-4840

**Internal Revenue Service**
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**LVNV Funding, LLC**
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603

**Lvnv Funding/Resurgent Capital**
Attn: Bankruptcy
PO Box 10497
Greenville, SC 29603

**Midland Credit Management, Inc.**
P.O. Box 2037
Warren, MI 48090

**Midland Credit Mgmt**
Attn: Bankruptcy
PO Box 939069
San Diego, CA 92193

**Mohela**
Attn: Bankruptcy 633 Spirit Drive
Chesterfield, MO 63005

**Nordstrom FSB**
ATTN: Bankruptcy
PO Box 6555
Englewood, CO 80155-6555

**PECO Energy Company**
2301 Market St
Philadelphia, PA 19103-1338

**Pennsylvania Dept. of Revenue**
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

**PGW**
Legal - Bankruptcy Unit
800 W Montgomery Ave Fl 3
Philadelphia, PA 19122-2806

**Portfolio Recovery Associates**
P.O. Box 41067
Norfolk, VA 23541

**Santander Bank**
Attn: Bankruptcy MA1-MB3-01-09
POB 841002
Boston, MA 02284

**Target NB**
C/O Financial & Retail Services
Mailstop BT PO Box 9475
Minneapolis, MN 55440

**Toyota Financial Services**
Attn: Bankruptcy
PO Box 259001
Plano, TX 75025-9001

**Triborough Bridge and Tunnel Authority**
TBTA Toll Group
2 Broadway Fl 24
New York, NY 10004-2207

**Verizon**
c/o American InfoSource
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

**Water Revenue Bureau**
c/o Pamela Elchert Thurmond Tax
Lit & Collections Unit
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617