UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                  :        Chapter 13
MARIA B. ESPINAL                        :
                                        :        No. 26-10855-amc
          Debtor                        :

**OBJECTION OF PENNSYLVANIA HOUSING FINANCE AGENCY TO
CONFIRMATION OF CHAPTER 13 PLAN**

Objector, Pennsylvania Housing Finance Agency ("PHFA"), by and through its attorneys, Matthew G. Brushwood, Esquire and Barley Snyder, hereby files its objection to the confirmation of Debtor's Chapter 13 Plan, and in support thereof, avers as follows:

1.      The Debtor filed a voluntary petition under Chapter 13 of the United States Bankruptcy Code on March 2, 2026 to Docket #26-10855-amc, and was granted an Order for relief thereon.

2.      PHFA is the holder of a secured claim by virtue of a Judgment entered October 29, 2024 in the amount of $55,702.17 plus continuing interest, attorney's fees and costs of suit.

3.      PHFA filed its Claim in the amount of $69,412.29, with pre-petition mortgage arrears of $37,404.60, on April 23, 2026 with the United States Bankruptcy Court at Claim 4-1.

4.      The Claim is secured by a mortgage lien dated March 30, 2005, ("Mortgage") on the Debtor's principal residence, which is located at 5212 N. Marshall St., Philadelphia, Philadelphia County, Pennsylvania 19120 (the "Premises").

5.      The Mortgage was assigned to PHFA on March 30, 2005.

6.      The Debtor filed a Chapter 13 Plan (the "Plan") with a total base plan of $53,760.00.

7.      The Debtor's Plan currently proposes to pay pre-petition mortgage arrears to PHFA in the amount of $22,213.00.

8.      The Debtor's Plan base amount is insufficient to cover PHFA's full claim amounts, in addition to additional allowable claims.

14121035.1

9.      Debtor's Plan is infeasible in its current form and upon information and belief, Debtor is unable to propose a confirmable Chapter 13 Plan due to her current debt load, available income and existing expenses.

10.      For the reasons stated above, PHFA hereby objects to confirmation of said Plan.

WHEREFORE, the Objector, Pennsylvania Housing Finance Agency, respectfully requests that confirmation of Debtor's Chapter 13 Plan be denied.

BARLEY SNYDER

Date:   5/5/2026                          By:     */s/ Matthew G. Brushwood, Esquire*
                                                  Matthew G. Brushwood, Esquire
                                                  Attorneys for Movant,
                                                  Pennsylvania Housing Finance Agency
                                                  Court I.D. #310592
                                                  2755 Century Boulevard
                                                  Wyomissing, PA 19610
                                                  (610) 372-3500

14121035.1