UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                           :         Chapter 13
MARIA B. ESPINAL                                 :
                                                 :         No. 26-10855-amc
             Debtor                              :
                                        ORDER

     AND NOW, upon consideration of the Objection of Pennsylvania Housing Finance

Agency, to Confirmation of Debtor's Chapter 13 Plan and after notice and a hearing, it is hereby

ORDERED that said confirmation of Debtor's Chapter 13 Plan is hereby denied.

14121035.1