UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :          Chapter 13
MARIA B. ESPINAL                                    :
                                                    :          No. 26-10855-amc
              Debtor                                :

**CERTIFICATION OF SERVICE**

I, Matthew G. Brushwood, Esquire, certify that on May 5, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

Objection to confirmation of Plan, proposed Order, Certificate of Service

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Dated:  5/5/2026                          /s/ Matthew G. Brushwood, Esquire
                                          Barley Snyder
                                          2755 Century Blvd
                                          Wyomissing, PA  19610
                                          Telephone:  (610) 372-3500
                                          Facsimile:  (610) 372-8671
                                          mbrushwood@barley.com

---

Mailing List Exhibit:  (Check all that apply.  If via e-mail, include e-mail address.  Continue to the next page if necessary.)

Name                    Maria B. Espinal
Address                 5212 N. Marshall St.
                        Philadelphia, PA  19120
Relationship to Party   debtor
Via:  ☐ CM/ECF    ☒ 1st Class Mail        ☐ Certified Mail        ☐ e-mail: ____
☐ Other:

Name                    Michael A. Cibik, Esquire
Address
Relationship to Party   attorney for debtor
Via:  ☒ CM/ECF    ☐ 1st Class Mail        ☐ Certified Mail        ☐ e-mail: ____

14121035.1

☐ Other:

Name                     Scott F. Waterman
Address
Relationship to Party      Chapter 13 Trustee
Via: ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail: _____
☐ Other:


Name                     Office of U.S. Trustee
Address
Relationship to Party      U.S. Trustee
Via: ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail: _____
☐ Other:

14121035.1