UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

      Maria B. Espinal

                  Debtor

Chapter 13

Bankruptcy No. 26-10855-AMC

## ORDER

Upon consideration of the Objection of Scott F. Waterman, Esq., Standing Chapter 13

Trustee,  to Debtor's Plan and after notice and hearing, it is ORDERED that the Plan is denied.

_____
Ashely M. Chan
U.S. BANKRUPTCY JUDGE