UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

      Maria B. Espinal

                  Debtor

Chapter 13

Bankruptcy No. 26-10855-AMC

## CERTIFICATE OF SERVICE

      I, Kristen Gliem, do hereby certify that true and correct copies of the foregoing *Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307* and *Notice of Motion, Response Deadline and Hearing Date Pursuant to Local Bankruptcy Rule 9014-3* have been served this 22nd day of July, 2026 by first class mail upon those listed below:

Maria B. Espinal
5212 N Marshall St
Philadelphia, PA  19120-3135

**Electronically via ECF/System ONLY:**

CIBIK LAW, PC

Office of the United States Trustee

*/s/ Kristen Gliem*
                               
Kristen Gliem
for
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee