UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| MARIA B. ESPINAL | : | |
| | : | No. 26-10855-amc |
| Debtor | : | |
| | | |
| PENNSYLVANIA HOUSING FINANCE | : | |
| AGENCY, | : | |
| Movant | : | MOTION FOR RELIEF FROM STAY |
| vs. | : | |
| | : | |
| MARIA B. ESPINAL, | : | |
| Respondent | : | |

**MOTION OF PENNSYLVANIA HOUSING FINANCE AGENCY FOR RELIEF FROM
THE AUTOMATIC STAY OF SECTION 362 OF THE BANKRUPTCY CODE**

Movant, Pennsylvania Housing Finance Agency ("PHFA") seeks relief from the

automatic stay of Section 362 of the United States Bankruptcy Code, and requests an Order

authorizing PHFA to exercise its rights and remedies under state law with regard to the Premises

described below pursuant to a Note and Mortgage between Maria B. Espinal (the "Debtor"), and

PHFA and in support thereof, avers as follows:

1.  Movant, Pennsylvania Housing Finance Agency, is a non-profit agency having an

office at 211 North Front Street, P.O. Box 15057, Harrisburg, Pennsylvania 17105-5057.

2.  Debtor filed a voluntary petition (the "Petition") under Chapter 13 of the United

States Bankruptcy Code on March 2, 2026, and was granted an order for relief thereon.

3.  PHFA is the holder of a secured claim (the "Claim") against the Debtor by virtue of a

Note (hereinafter the "Note") dated March 30, 2005, in the amount of $68,400.00.  A redacted

copy of the Note is attached hereto, made a part hereof and marked Exhibit "A."

20137669.1

4.   The Note is secured by a Mortgage (the "Mortgage") dated March 30, 2005 on real estate owned by the Debtor being located at **5212 N. Marshall St., Philadelphia, Philadelphia County, Pennsylvania 19120** and consisting of a lot of ground with improvements (hereinafter, the "Premises").  A redacted copy of the Mortgage is attached hereto as Exhibit "B" and incorporated by reference.

5.   The Mortgage was recorded on April 7, 2005, with the Recorder of Deeds for Philadelphia County, Pennsylvania, to Instrument Number 51149801.

6.   The Mortgage has been assigned to Pennsylvania Housing Finance Agency, its successors and assigns, and an Assignment of Mortgage (the "Assignment") was recorded with the Recorder of Deeds for Philadelphia County, Pennsylvania on April 7, 2005, as Instrument No. 51149802.  A redacted copy of the Assignment is attached hereto as Exhibit "C" and incorporated herein by reference.

7.   As of April 23, 2026, the amount owed on the Claim was $69,412.29, plus continuing interest accruing at a rate of $4.96 per diem and attorneys' fees and costs, including arrears due in the amount of $37,404.60.

8.   Debtor is currently in default under the Mortgage in that Debtor has failed to make the monthly post-petition payments that were due on the Mortgage, beginning May 1, 2026 and each month thereafter.

9.    As of August 10, 2026, Debtor has failed to tender post-petition mortgage payments for the months of May, June, July, and August of 2026.  Each monthly payment amount for those months is $483.16.

20137669.1

10. The total amount of delinquent post-petition mortgage payments for the months of May, June, July, and August of 2026 is $1,932.64, less suspense of $300.00.

11. Movant, PHFA, requests the court award reimbursement in the amount of $1,549.00 for the legal fees and costs associated with this Motion.

12. The Movant does not have adequate protection for its Claim or for its interest in the Premises.

13. The Movant will suffer irreparable harm, loss, injury and damage if Movant is not granted the relief requested in this Motion.

14. The automatic stay of 11 U.S.C. Section 362 should be modified and vacated so as to permit the Movant to immediately exercise its rights and remedies against the Premises.

15. Movant requests that if relief is granted that Federal Rule of Bankruptcy Procedure 4001(a)(4) be waived.

WHEREFORE, Movant, Pennsylvania Housing Finance Agency, respectfully requests that this Court enter an Order, substantially in the form of the attached Proposed Order, lifting the Automatic Stay imposed by Section 362 of the Bankruptcy Code and allowing Movant to immediately exercise its rights and remedies against the Premises being located at **5212 N. Marshall Street, Philadelphia, Philadelphia County, Pennsylvania 19120**, under state law,

20137669.1

including, without limitation, foreclosure and execution on the Premises in accordance with

Bankruptcy Rule 4001(a)(4), and granting such other and further relief as the Court deems just.

BARLEY SNYDER

Dated:  8/14/2026

By:  /s/ *Matthew G. Brushwood, Esquire*
Matthew G. Brushwood, Esquire
Barley Snyder, LLP
2755 Century Blvd
Wyomissing, PA 19610
Telephone No: (610) 898-7165
mbrushwood@barley.com

20137669.1