UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| MARIA B. ESPINAL | : | |
| | : | No. 26-10855-amc |
| Debtor | : | |
| | | |
| PENNSYLVANIA HOUSING FINANCE | : | |
| AGENCY, | : | |
| Movant | : | MOTION FOR RELIEF FROM STAY |
| vs. | : | |
| | : | |
| MARIA B. ESPINAL, | : | |
| Respondent | : | |

**ORDER**

UPON CONSIDERATION OF Pennsylvania Housing Finance Agency's Motion for Relief from the Automatic Stay of Section 362 of the United States Bankruptcy Code, it is

ORDERED that the automatic stay pursuant to 11 U.S.C. Section 362 is hereby vacated to allow Pennsylvania Housing Finance Agency to exercise its state law rights and remedies as concerns its mortgage lien against the Premises located at **5212 N. Marshall St., Philadelphia, Philadelphia County, Pennsylvania  19120,** under applicable state law; and it is

FURTHER ORDERED that Rule 4001(a)(4) shall not apply to this Order and Pennsylvania Housing Finance Agency shall be entitled to immediately exercise its rights and remedies against the foregoing Premises.

_____
J.

20137669.1