UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| MARIA B. ESPINAL | : | |
| | : | No. 26-10855-amc |
| Debtor | : | |
| | | |
| PENNSYLVANIA HOUSING FINANCE | : | |
| AGENCY, | : | |
| Movant | : | MOTION FOR RELIEF FROM STAY |
| vs. | : | |
| | : | |
| MARIA B.  ESPINAL, | : | |
| Respondent | : | |

**CERTIFICATION OF SERVICE**

I, Matthew G. Brushwood, Esquire, certify that on August 14, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

Motion for Relief from Automatic Stay, Notice of Motion, Response Deadline and Telephonic or Video Hearing Date, proposed Order, all Exhibits, Certificate of Service

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.


Dated:  8/14/2026

/s/Matthew G. Brushwood, Esquire
Barley Snyder
2755 Century Blvd
Wyomissing, PA  19610
Telephone:  (610) 372-3500
Facsimile:  (610) 372-8671
mbrushwood@barley.com

---

Mailing List Exhibit:  (Check all that apply.  If via e-mail, include e-mail address.  Continue to the next page if necessary.)

Name            **Maria B. Espinal**
Address         5212 N. Marshall St.
                Philadelphia, PA  19120

20140022.1

Relationship to Party          debtor
Via:  ☐ CM/ECF      ☒ 1st Class Mail        ☐ Certified Mail        ☐ e-mail: ____
☐ Other:

Name                        **Scott F. Waterman, Esquire**
Address
Relationship to Party          Chapter 13 Trustee
Via:  ☒ CM/ECF      ☐ 1st Class Mail        ☐ Certified Mail        ☐ e-mail: ____
☐ Other:

Name                        **Michael A. Cibik, Esquire**
Address
Relationship to Party          Attorney for debtor
Via:  ☒ CM/ECF      ☐ 1st Class Mail        ☐ Certified Mail        ☐ e-mail: ____
☐ Other:

Name                        **Office of the U.S. Trustee**
Address
Relationship to Party
Via:  ☒ CM/ECF      ☐ 1st Class Mail        ☐ Certified Mail        ☐ e-mail: ____
☐ Other:

2

20140022.1