**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 13 |
| | : | |
| Maria B. Espinal, | : | |
| | : | |
| | : | Case No. 26-10855 (AMC) |
| Debtor. | : | |

**<u>THE CITY OF PHILADELPHIA'S</u>**
**<u>OBJECTION TO THE PROPOSED CHAPTER 13 PLAN</u>**

TO THE HONORABLE Ashely M. Chan:

AND NOW, comes the City of Philadelphia, (the "City"), a secured creditor in the above-captioned case, by and through its Counsel, Megan N. Harper, Divisional Deputy City Solicitor, pursuant to Bankruptcy Code §§ 506(b), 1325(a)(5), and L.B.R. 3015-4, to object to the proposed Chapter 13 plan (the "Plan"), of the above-captioned debtor, (the "Debtor"). The City avers the following in support thereof:

1. On March 2, 2026, the Debtor filed a voluntary petition for Chapter 13 bankruptcy with this Court.

2. On March 30, 2026, the Debtor filed a list of all real property owned by them, which included the property located at 5212 N. Marshall Street, Philadelphia PA 19120 (the "Subject Property"). A copy of the Debtor's Schedule A/B is attached hereto as Exhibit A.

3. The Debtor values the Subject Property at One Hundred Nineteen Thousand One Hundred Sixty-Two Dollars and Forty Cents ($119,162.40). <u>See</u> Exhibit A.

4. On August 28, 2026, the City filed secured claim amounting to One Thousand Nine Hundred Seven Dollars and Ninety-One Cents ($1,907.91) for unpaid water sewer charges (the "Water/Sewer Claim") owed by the Debtor to the City at the subject property. See Exhibit B.

5. On March 2, 2026, the Debtor filed the Plan, which provides for a total payment in the amount of One Thousand Hundred Twenty-Seven Dollars ($1,727.91). However, the city filed a secured "Water/Sewer Claim" amounting to ($1,907.91) as detailed in paragraph 4. See Exhibit C.

6. As neither the Debtor nor another party in interest has objected to the Water/Sewer Claim, as it is deemed allowed. See 11 U.S.C. § 502(a).

7. The Plan should not be confirmed as it fails to adequately specify the correct payment for the Water/Sewer Claim. See 11 U.S.C. §§ 506(b), 1325(a)(5)(B)(ii).

WHEREFORE, the City respectfully requests that this Court DENY confirmation of the Plan.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: September 1, 2026 By: */s/ Megan N. Harper*

MEGAN N. HARPER
Divisional Deputy City Solicitor
PA Attorney I.D. 81669
Attorney for the City of Philadelphia
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102-1595
215-686-0503 (phone)
Email: Megan.Harper@phila.gov

**L.B.F. 9014-4**

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF
PENNSYLVANIA**

-----------------------------------------------------x
In re: :
: Chapter 13
:
Maria B. Espinal, :
:
: Case No. 26-10855 (AMC)
Debtor. :
-----------------------------------------------------x

* * * * * * *

**CERTIFICATION OF SERVICE**

I, *<u>/s/ Megan N. Harper</u>*, certify that on September 1, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- The City of Philadelphia's Objection to The Proposed Chapter 13 Plan
- Exhibit A, Debtor's Schedule A/B, filed March 30, 2026.
- Exhibit B, City of Philadelphia's Proof of Claim, filed August 28, 2026.

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: September 1, 2026

*/s/ Megan N. Harper*
MEGAN N. HARPER
Divisional Deputy City Solicitor
PA Attorney I.D. 81669
Attorney for the City of Philadelphia

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Name: SCOTT F. WATERMAN
Address: Office of the Chapter 13 Standing Trustee
2901 St. Lawrence Ave. – Suite 100
Reading, PA 19606
Relationship of Party: Chapter 13 Trustee
Via: CM/ECF 1st Class Mail Certified Mail e-mail: Other:

Name: UNITED STATES TRUSTEE
Address: Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street – Suite 320
Philadelphia, PA 19107
Relationship of Party: United States Trustee
Via: CM/ECF 1st Class Mail Certified Mail e-mail: Other:

Name: MICHAEL A. CIBIK
Cibik Law, P.C.
Address: 1500 Walnut Street Suite 900
Philadelphia, PA 19102
Relationship of Party: Debtor's Counsel of Record
Via: CM/ECF 1st Class Mail Certified Mail e-mail: Other:

Name: Maria B. Espinal
Address: 5212 N Marshall St
Philadelphia, PA 19120-3135
Relationship of Party:
Via: CM/ECF 1st Class Mail Certified Mail e-mail: Other:

Name:
Address:
Relationship of Party:
Via: CM/ECF 1st Class Mail Certified Mail e-mail: Other:

Name:
Address:
Via: CM/ECF 1st Class Mail Certified Mail e-mail: Other: