UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>MARIA B. ESPINAL<br><br>Debtor | :<br>:<br>:<br>: | Chapter 13<br><br>No. 26-10855-amc |
| PENNSYLVANIA HOUSING FINANCE AGENCY,<br>Movant<br>vs.<br><br>MARIA B. ESPINAL,<br>Respondent | :<br>:<br>:<br>:<br>:<br>:<br>: | MOTION FOR RELIEF FROM STAY |

**CERTIFICATE OF NO RESPONSE WITH RESPECT TO MOTION OF PENNSYLVANIA HOUSING FINANCE AGENCY FOR RELIEF FROM AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE**

I, Matthew G. Brushwood, Esquire, hereby certify that the fifteen (15) days during which parties in interest had to answer or object to the Motion of Pennsylvania Housing Finance Agency for Relief from the Automatic Stay under Section 362 of the Bankruptcy Code, after service thereon, exclusive of the date of service, have expired and no answer or objection has been filed and/or served upon Movant.

BARLEY SNYDER

Date: 9/2/2026

By: /s/ Matthew G. Brushwood
Matthew G. Brushwood, Esquire
Court I.D. No. 310592
Attorneys for Movant
2755 Century Blvd
Wyomissing, PA 19610
Telephone No: (610) 372-3500