Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Maria B. Espinal
5212 N Marshall St
Philadelphia, PA 19120-3135

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 26-10855-AMC**

Petition Filed Date: 03/02/2026
341 Hearing Date: 04/03/2026
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/14/2026 | $896.00 | | 05/22/2026 | $389.00 | | 06/09/2026 | $300.00 | |
| 07/07/2026 | $550.00 | | | | | | | |

**Total Receipts for the Period: $2,135.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $2,135.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $704.71 | $0.00 | $0.00 |
| 2 | CAVALRY SPV INVESTMENTS LLC<br>»» 002 | Secured Creditors | $3,338.09 | $0.00 | $0.00 |
| 3 | PHILADELPHIA GAS WORKS<br>»» 003 | Unsecured Creditors | $8,445.97 | $0.00 | $0.00 |
| 4 | PA HOUSING FINANCE AGENCY<br>»» 004 | Mortgage Arrears | $37,404.60 | $0.00 | $0.00 |
| 5 | VERIZON BY AIS AS AGENT<br>»» 005 | Unsecured Creditors | $1,505.67 | $0.00 | $0.00 |
| 6 | TD BANK USA NA<br>»» 006 | Unsecured Creditors | $2,441.27 | $0.00 | $0.00 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $676.80 | $0.00 | $0.00 |
| 8 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $3,317.12 | $0.00 | $0.00 |
| 9 | MOHELA ON BEHALF OF<br>»» 009 | Unsecured Creditors | $26,861.54 | $0.00 | $0.00 |

**Chapter 13 Case No. 26-10855-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,135.00 | Current Monthly Payment: | $896.00 |
| Paid to Claims: | $0.00 | Arrearages: | $2,345.00 |
| Paid to Trustee: | $164.39 | Total Plan Base: | $53,760.00 |
| Funds on Hand: | $1,970.61 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.