United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 26-10855-amc
Maria B. Espinal Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3
Date Rcvd: Sep 10, 2026 Form ID: pdf900 Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Maria B. Espinal, 5212 N Marshall St, Philadelphia, PA 19120-3135 |
| 15116397 | + | Pennsylvania Housing Finance Agency, c/o Matthew G. Brushwood, Esquire, Barley Snyder, LLP, 2755 Century Boulevard, Wyomissing, PA 19610-3346 |
| 15109923 | | Santander Bank, Attn: Bankruptcy MA1-MB3-01-09 POB 84100, Boston, MA 02284 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 11 2026 02:39:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 11 2026 02:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: megan.harper@phila.gov | Sep 11 2026 02:39:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Tax Litigation & Collections Unit, Philadelphia, PA 19102-1595, UNITED STATES |
| 15109903 | | Email/Text: BarclaysBankDelaware@tsico.com | Sep 11 2026 02:39:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 15180101 | | Email/Text: megan.harper@phila.gov | Sep 11 2026 02:39:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 191021595 |
| 15109928 | | Email/Text: megan.harper@phila.gov | Sep 11 2026 02:39:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, Tax Lit & Collections Unit, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15109904 | | Email/Text: caineweiner@ebn.phinsolutions.com | Sep 11 2026 02:39:37 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 15109905 | | Email/Text: bankruptcy@cavps.com | Sep 11 2026 02:39:00 | Calvary SPV I LLC, 1 American Ln Ste 220, Greenwich, CT 06831-2563 |
| 15109906 | + | Email/Text: bankruptcy@cavps.com | Sep 11 2026 02:39:00 | Cavalry Portfolio Services, Attn: Bankruptcy Attn: Bankruptcy, 1 American Lane , Ste 220, Greenwich, CT 06831-2563 |
| 15116737 | + | Email/Text: bankruptcy@cavps.com | Sep 11 2026 02:39:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 15109907 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 11 2026 02:44:37 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 15109908 | ^ | MEBN | Sep 11 2026 02:33:31 | Cornerstone, 633 Spirit Drive, Chesterfield, MO |

| | | | | |
|---|---|---|---|---|
| | | | | 63005-1243 |
| 15109909 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 11 2026 02:44:31 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15109910 | | Email/Text: bankruptcynotices@hycite.com | Sep 11 2026 02:39:00 | Hy Cite Enterprises, LLC., Attn: Bankruptcy 3252 Pleasant View Road, Middleton, WI 53562-4840 |
| 15109911 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 11 2026 02:39:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15111975 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 11 2026 02:44:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15109912 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 11 2026 02:44:26 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15109913 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 11 2026 02:44:27 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 15181855 | + | Email/Text: megan.harper@phila.gov | Sep 11 2026 02:39:00 | MEGAN N. HARPER, c/o City of Philadelphia, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |
| 15109916 | | Email/Text: EBN@Mohela.com | Sep 11 2026 02:39:00 | Mohela, Attn: Bankruptcy 633 Spirit Drive, Chesterfield, MO 63005 |
| 15173435 | | Email/Text: EBN@Mohela.com | Sep 11 2026 02:39:00 | US Department of Education/MOHELA, 633 Spirit Dr., Chesterfield, MO 63005 |
| 15109914 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 11 2026 02:39:00 | Midland Credit Management, Inc., P.O. Box 2037, Warren, MI 48090-2037 |
| 15109915 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 11 2026 02:39:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 15109917 | | Email/Text: bankruptcy@td.com | Sep 11 2026 02:39:00 | Nordstrom FSB, ATTN: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 15109918 | + | Email/Text: bankruptcygroup@peco-energy.com | Sep 11 2026 02:39:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 15109921 | ^ | MEBN | Sep 11 2026 02:33:12 | PGW, Legal - Bankruptcy Unit, 800 W Montgomery Ave Fl 3, Philadelphia, PA 19122-2806 |
| 15109922 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 11 2026 02:44:30 | Portfolio Recovery Associates, LLC, P.O. Box 41067, Norfolk, VA 23541-1067 |
| 15109919 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 11 2026 02:39:00 | Pennsylvania Dept. of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15116133 | | Email/Text: blegal@phfa.org | Sep 11 2026 02:39:00 | Pennsylvania Housing Finance Agency, 211 North Front St., P.O. Box 15057, Harrisburg, PA 17105-5057 |
| 15109920 | | Email/Text: blegal@phfa.org | Sep 11 2026 02:39:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, 211 N Front St, Harrisburg, PA 17101-1406 |
| 15128749 | ^ | MEBN | Sep 11 2026 02:33:11 | Philadelphia Gas Works, 800 Montgomery Ave 3F, Philadelphia. Pa 19122-2898 |
| 15138259 | | Email/Text: bncmail@w-legal.com | Sep 11 2026 02:39:00 | TD Bank USA, N.A., C/O Weinstein & Riley, PS, 749 GATEWAY, SUITE G-601, ABILENE, TX 79602 |
| 15109926 | | Email/Text: bankruptcy@mtabt.org | Sep 11 2026 02:39:00 | Triborough Bridge and Tunnel Authority, TBTA Toll Group, 2 Broadway Fl 24, New York, NY 10004-2207 |
| 15109924 | + | Email/Text: bncmail@w-legal.com | Sep 11 2026 02:39:00 | Target NB, C/O Financial & Retail Services, |

| | | | | |
|---|---|---|---|---|
| | | | | Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15109925 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 11 2026 02:39:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 259001, Plano, TX 75025-9001 |
| 15137870 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 11 2026 02:44:36 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15109927 | | Email/PDF: ebn_ais@aisinfo.com | Sep 11 2026 02:44:27 | Verizon, c/o American InfoSource, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 37

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Pennsylvania Housing Finance Agency, 211 North Front St., P.O. Box 15057, Harrisburg, PA 17105-5057 |
| cr | *+ | Verizon by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15116396 | * | Pennsylvania Housing Finance Agency, 211 North Front St., P.O. Box 15057, Harrisburg, PA 17105-5057 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MATTHEW GREGORY BRUSHWOOD | on behalf of Creditor Pennsylvania Housing Finance Agency mbrushwood@barley.com cbrelje@barley.com;tshober@barley.com;dkline@barley.com;acole@barley.com |
| MEGAN N. HARPER | on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov |
| MICHAEL A. CIBIK | on behalf of Debtor Maria B. Espinal help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Chapter 13** |
| **Maria B. Espinal,** | | |
| **Debtor.** | : | **Bky No: 26-10855-AMC** |

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott F. Waterman, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within **twenty (20) days** of the entry of this Order.

5. **Promptly after the expiration of the time period set forth in Paragraph 4 above, Counsel for the Debtor(s) shall file either**:

   (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or

   (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated: Sept. 10, 2026

**ASHELY M. CHAN**
**CHIEF U.S. BANKRUPTCY JUDGE**